UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY F. FISHER,<br><br>    Petitioner,<br><br>    v.<br><br>VENTURA COUNTY SHERIFF'S NARCOTICS AGENCY,<br><br>    Respondent. | Case No. 14-cv-02522-WHO (PR)<br><br>**ORDER OF TRANSFER** |

In this federal habeas action, filed pursuant to 28 U.S.C. § 2254, petitioner Fisher challenges a conviction he suffered in the Ventura County Superior Court, which lies in the Central District. Accordingly, this action is TRANSFERRED to the Central District of California, as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** June 6, 2014

                                            WILLIAM H. ORRICK
                                            United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GARY FISHER,

        Plaintiff,

  v.

VENTURA COUNTY SHERIFF'S NARCOTICS AGENCY,

        Defendant.

Case Number: CV14-02522 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 6, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Gary Fisher F85263
California Health Care Facility DA-5-111
P.O. Box 32080
Stockton, CA 95213

Dated: June 6, 2014

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk