# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY FRANCIS FISHER,** | NO. LA CV 14-04494-VBF-MAN |
| **Petitioner,** | |
| v. | RULE 58 FINAL JUDGMENT |
| VENTURA COUNTY SHERIFF'S DEPARTMENT NARCOTICS AGENCY, | |
| Respondent. | |

Pursuant to the Court's Opinion and Order issued this same date, this action is dismissed without prejudice.

DATED: June 18, 2014

*Valerie Baker Fairbank*

———————————————
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE